# United States Court of Appeals for the Federal Circuit

### E R R A T A

June 27, 2006

Appeal No. 05-5106

Precedential Majority Opinion, <u>Pafford v HHS</u>

Decided  June 20, 2006

Page 1, footnote 1, line 2:  please delete "German measles" and insert "whooping cough".